# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case Nos. 6D2024-2400, 6D2024-2187
CONSOLIDATED
Lower Tribunal No. 2023-CF-016419

_____

ENRIQUE MORALES ORDONEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Robert Branning, Judge.

January 27, 2026

PER CURIAM.

AFFIRMED.

MIZE, BROWNLEE and PRATT, JJ., concur.


Blair Allen, Public Defender, and Brett S. Chase, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED